# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                              Chapter 13

                                              Bankruptcy No. 17-10796-JKF

CRYSTAL P. CLARK

26 Viewpoint Lane

Levittown, PA 19054

       Debtor

**CERTIFICATE OF SERVICE**

     **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CRYSTAL P. CLARK

    26 Viewpoint Lane

    Levittown, PA 19054

**Counsel for debtor(s), by electronic notice only.**
    TOVA WEISS
    BLITSHTEIN & WEISS P.C.
    648 2ND STREET PIKE
    SOUTHAMPTON, PA 18966

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                                 /s/ William C. Miller

Date: 4/13/2017

                                                                _____

                                                                William C. Miller, Esquire
                                                                Chapter 13 Standing Trustee