# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Crystal P. Clark**  
Debtor(s)

Case No.  **17-10796**  
Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 26, 2017**, a copy of **Debtor's Response and Opposition to Motion for Relief of Nationstar Mortgage, LLC.** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Nationstar Mortgage, LLC**
**c/o KML Law Group, P.C.**
**Attention : Matteo S. Weiner, Esquire**
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

**/s/ Tova Weiss**
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900Fax:215-364-8050**
**weiss@lawyersbw.com**