United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10796-mdc
Crystal P. Clark                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Eileen        Page 1 of 2        Date Rcvd: Oct 05, 2017
                            Form ID: 167        Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
```
db          +Crystal P. Clark,    26 Viewpoint Lane,    Levittown, PA 19054-1304
cr           c/o Thomas Capehart Santander Bank, N.A.,    Gross McGinley, LLP,    33 South Seventh Street,
              P.O. Box 4060,    Allentown, PA  18105-4060
13861845     American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13891250     American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
13861847     Barnes & Noble Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
13861849     Comenity Capital Bank,    P.O. Box 183003,    Columbus, OH 43218-3003
13924071     Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA  98083-0657
13924070     Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA  98083-0657
13861850     Discover Card,    P.O. Box 742655,    Cincinnati, OH 45274-2655
13861852    ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
             (address filed with court: Forster & Garbus LLP,    60 Motor Parkway,    Commack, NY 11725-5710)
13861843    +Great Lakes Student Loans,    P.O. Box 7860,    Madison, WI 53707-7860
13861854     Home Depot Credit Services,    P.O. Box 9001010,    Louisville, KY 40290-1010
13861856     JJill Credit Card,    P.O. Box 659622,    San Antonio, TX 78265-9622
13882529    +M&T Bank,    PO Box 1508,    Buffalo, New York 14240-1508
13861858     Macy's,    P.O. Box 78008,    Phoenix, AZ 85062-8008
13861859     Macy's American Express Account,    P.O. Box 9001108,    Louisville, KY 40290-1108
13929434    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,    P.O. Box 619096,
              Dallas, TX 75261-9741)
13861860     Nationstar Mortgage,    P.O. Box 60516,    City of Industry, CA 91716-0516
13861861     Nationwide Credit, Inc.,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
13861862     Santander Bank, N.A.,    P.O. Box 16255,    Reading, PA 19612-6255
13875358    +Santander Bank, N.A.,    c/o Thomas A. Capehart,    Gross McGinley LLP,    33 South Seventh Street,
              Allentown, PA 18101-2418
13861863    +Target Card Services,    P.O. Box 660170,    Dallas, TX 75266-0170
13861864   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,    P.O. Box 790408,    Saint Louis, MO 63179-0408)
13876754     US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13861844      E-mail/Text: bnc@alltran.com Oct 06 2017 01:56:35     Altran Financial, LP,    P.O. Box 722910,
               Houston, TX 77272-2910
13900007      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 06 2017 02:05:53
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13861848      E-mail/Text: cms-bk@cms-collect.com Oct 06 2017 01:56:43     Capital Management Services, LP,
               698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
13864289      E-mail/Text: mrdiscen@discover.com Oct 06 2017 01:56:32     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13861851      E-mail/Text: dplbk@discover.com Oct 06 2017 01:57:42     Discover Personal Loans,
               P.O. Box 6105,    Carol Stream, IL 60197-6105
13866035     +E-mail/Text: dplbk@discover.com Oct 06 2017 01:57:42     Discover Personal Loans,
               PO BOX 30954,    Salt Lake City, UT 84130-0954
13895455     +E-mail/Text: DSLBKYPRO@discover.com Oct 06 2017 01:57:43     Discover Student Loans,
               PO Box 30925,    Salt Lake City, UT 84130-0925
13861853      E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2017 01:53:15     Gap Visa/Synchrony Bank,
               P.O. Box 960017,    Orlando, FL 32896-0017
13861855      E-mail/Text: cio.bncmail@irs.gov Oct 06 2017 01:56:38     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
13861857      E-mail/Text: camanagement@mtb.com Oct 06 2017 01:56:44     M&T Bank,    P.O. Box 64679,
               Baltimore, MD 21264
13905567     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 06 2017 01:57:25     Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
13928796      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2017 02:20:41
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13882492      E-mail/Text: bnc-quantum@quantum3group.com Oct 06 2017 01:56:46
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
               Kirkland, WA  98083-0788
13897660     +E-mail/Text: bncmail@w-legal.com Oct 06 2017 01:57:34     TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 14
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13861846        Barclays Bank Delaware
```

```
District/off: 0313-2           User: Eileen                Page 2 of 2                  Date Rcvd: Oct 05, 2017
                               Form ID: 167                Total Noticed: 38

cr*            +Discover Personal Loans,   PO BOX 30954,   Salt Lake City, UT 84130-0954
13930496*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank National Association,    Bankruptcy Department,
                PO Box 108,   St. Louis MO 63166-0108)
                                                                                           TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              THOMAS A. CAPEHART     on behalf of Creditor c/o Thomas Capehart   Santander Bank, N.A.
               JKacsur@grossmcginley.com,    ehutchinson@grossmcginley.com
              TOVA   WEISS    on behalf of Debtor Crystal P. Clark weiss@lawyersbw.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Crystal P. Clark
    Debtor(s)

Case No: 17−10796−mdc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*RESCHEDULED COURTROOM & TIME*
Motion for Relief from Stay re: 26 Viewpoint Lane, Levittown, PA, 19054. Filed by NATIONSTAR MORTGAGE LLC Represented by MATTEO SAMUEL WEINER

on: 10/25/17

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/5/17

Timothy B. McGrath
Clerk of Court

30 − 20
Form 167