# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Crystal P. Clark** | Case No. | **17-10796** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2018 a copy of **Debtor's Response and Opposition to Motion for Relief of Santander Bank, N.A.** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Santander Bank**
**c/o Gross McGinley LLP**
**Attention : Thomas A. Capehart, Esquire**
733 S. 7th Street, P.O. Box 4060
Allentown, PA 18105

/s/ Tova Weiss
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900Fax:215-364-8050**
**weiss@lawyersbw.com**