# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Crystal P. Clark** | Case No. | **17-10796** |
| | Debtor(s) | Chapter | **13** |

## <u>ORDER</u>

AND NOW, on this            day of          , 2018, the Application for Compensation of Counsel for the Debtor, Tova Weiss, Esquire, is hereby APPROVED AND ALLOWED AS FOLLOWS:

Court costs already paid:……………………………………………$310.00

Attorney's fees in the amount of $3,810.00, of which $3,000.00 has been paid to applicant and the balance of $810.00 to be paid to applicant, Tova Weiss, Esquire by the Trustee.

_____

J.