# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Crystal P. Clark** | Case No. | **17-10796** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **March 27, 2018**, a copy of Amended Chapter 13 plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

- **Great Lakes Student Loans**
- **Altran Financial, LP**
- **American Express**
- **Barclays Bank Delaware**
- **Barnes & Noble Card Services**
- **Capital Management Services, LP**
- **Comenity Capital Bank**
- **Discover Card**
- **Discover Personal Loans**
- **Forster & Garbus LLP**
- Crystal Clark
- **Gap Visa/Synchrony Bank**
- **Home Depot Credit Services**
- **JJill Credit Card**
- **M&T Bank**
- **Macy's**
- **Macy's American Express Account**
- **Nationstar Mortgage**
- **Nationwide Credit, Inc.**
- **Santander Bank, N.A.**
- **Target Card Services**
- **U.S. Bank**
- **Gross McGinley**

/s/ Tova Weiss
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**