## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Crystal P. Clark<br>　　　　　　　Debtor<br><br>NATIONSTAR MORTGAGE LLC, its successors and/or assigns<br>　　　　　　　Movant<br>　　vs.<br>Crystal P. Clark<br>　　　　　　　Debtor<br><br>William C. Miller Esq.<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 17-10796 MDC<br><br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of NATIONSTAR MORTGAGE LLC, which was filed with the Court on or about May 15, 2017, Document No. 19.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　215-627-1322

April 17, 2018