# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re  **Crystal P. Clark** | Case No. | **17-10796** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF NO RESPONSE

Tova Weiss, Esquire, counsel for debtor, Crystal Clark, does hereby certify that no response of objection to the Application for Compensation filed on March 26, 2018, has been received.

Date: April 17, 2018

/s/Tova Weiss
Tova Weiss, Esquire
Blitshtein & Weiss, P.C.
648 2nd Street Pike
Southampton, PA 18966
215-364-4900
email: weiss@lawyerbw.com

.

Dated: March 26, 2018

/s/Tova Weiss
Tova Weiss, Esquire
Attorney I.D. 74015
Blitshtein & Weiss, P.C.
648 2nd Street Pike
Southampton, PA 18966
215-364-4900
Attorney for Debtor(s)