# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Crystal P. Clark**                                                             Case No.   **17-10796**
                       Debtor(s)                                                         Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 29, 2018**, a copy of Amended Chapter 13 plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| |
|---|
| **Great Lakes Student Loans** |
| **Altran Financial, LP** |
| **American Express** |
| **Barclays Bank Delaware** |
| **Barnes & Noble Card Services** |
| **Capital Management Services, LP** |
| **Comenity Capital Bank** |
| **Discover Card** |
| **Discover Personal Loans** |
| **Forster & Garbus LLP** |
| Crystal Clark |
| **Gap Visa/Synchrony Bank** |
| **Home Depot Credit Services** |
| **JJill Credit Card** |
| **M&T Bank** |
| **Macy's** |
| **Macy's American Express Account** |
| **Nationstar Mortgage** |
| **Nationwide Credit, Inc.** |
| **Santander Bank, N.A.** |
| **Target Card Services** |
| **U.S. Bank** |
| **Gross McGinley** |

                                                                    **/s/ Tova Weiss**
                                                                    **Tova Weiss**
                                                                    **Blitshtein & Weiss**
                                                                    **648 2nd Street Pike**
                                                                    **Southampton, PA 18966**