# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Crystal P. Clark** | Case No. | **17-10796** |
| | Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2018, a copy of Amended Chapter 13 plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Great Lakes Student Loans**
**Altran Financial, LP**
**American Express**
**Barclays Bank Delaware**
**Barnes & Noble Card Services**
**Capital Management Services, LP**
**Comenity Capital Bank**
**Discover Card**
**Discover Personal Loans**
**Forster & Garbus LLP**
Crystal Clark
**Gap Visa/Synchrony Bank**
**Home Depot Credit Services**
**JJill Credit Card**
**M&T Bank**
**Macy's**
**Macy's American Express Account**
**Nationstar Mortgage**
**Nationwide Credit, Inc.**
**Santander Bank, N.A.**
**Target Card Services**
**U.S. Bank**
**Gross McGinley**

/s/ Tova Weiss
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**