## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                                   Case No. 17-10796

    CRYSTAL P. CLARK

       Debtor(s)

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to PAYMENTS ONLY, listed in the above stated case be changed.

**\*\* Below change is only for PAYMENT address. Notice address will be same as filed in POC.**

**Address where Payment to the creditor be sent:**

| From | To |
|---|---|
| JP Morgan Chase LB Processing-Discover SLC LB #28257 | Discover Student Loans |
| 4 Chase Metro Tech CTR 7th Floor East | PO BOX 6107 |
| Brooklyn, NY 11245 | Carol Stream, IL 60197-6107 |

/s/ Ashish Rawat

Date: 09/14/2018

Creditor's Authorized Agent for Discover Student Loans