# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Crystal P. Clark**                                               Case No.  **17-10796**
Debtor(s)                                                                 Chapter  **13**

## ORDER

AND NOW, on this   23rd   day of  October , 2018, the Application for Compensation of Counsel for the Debtor, Tova Weiss, Esquire, is hereby APPROVED AND ALLOWED AS FOLLOWS:

Court costs already paid:……………………………………………$310.00

Attorney's fees in the amount of $3,810.00, of which $3,000.00 has been paid to applicant and the balance of $810.00 to be paid to applicant, Tova Weiss, Esquire by the Trustee.

*Magdeline D. Coleman*
_____
J.