United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10796-mdc
Crystal P. Clark                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett           Page 1 of 1            Date Rcvd: Oct 23, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
db             +Crystal P. Clark,    26 Viewpoint Lane,    Levittown, PA 19054-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
      MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      THOMAS A. CAPEHART     on behalf of Creditor c/o Thomas Capehart   Santander Bank, N.A.
      JKacsur@grossmcginley.com,   ehutchinson@grossmcginley.com
      TOVA   WEISS    on behalf of Debtor Crystal P. Clark weiss@lawyersbw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                     TOTAL: 6

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Crystal P. Clark**                                                                 Case No. **17-10796**
                                  Debtor(s)                                                Chapter **13**

## ORDER

AND NOW, on this   23rd   day of  October  , 2018, the Application for Compensation of Counsel for the Debtor, Tova Weiss, Esquire, is hereby APPROVED AND ALLOWED AS FOLLOWS:

Court costs already paid:…………………………………………….$310.00

Attorney's fees in the amount of $3,810.00, of which $3,000.00 has been paid to applicant and the balance of $810.00 to be paid to applicant, Tova Weiss, Esquire by the Trustee.

*Magdeline D. Coleman*
_____
                              J.