IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| CRYSTAL P. CLARK | : | CASE NO. 17-10796-mdc |
| Debtor | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    M&T Bank has filed with the Court a Motion For Relief From Stay.

    **Your rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 3, 2018, you or your attorney must do **all** of the following:

    (a)    file an answer explaining your position at

Clerk of Court
United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

Douglas J. Smillie
Fitzpatrick Lentz & Bubba, P.C.
4001 Schoolhouse Lane
P. O. Box 219
Center Valley, PA 18034-0219
Phone (610) 797-9000
Fax (610) 797-6663

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge on **Tuesday, December 18, 2018 at 10:30 a.m.,** in Courtroom No. 2 in the United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated:   November 19, 2018

                        DOUGLAS J. SMILLIE

                        FITZPATRICK LENTZ & BUBBA, P.C.
                        4001 Schoolhouse Lane
                        P. O. Box 219
                        Center Valley, PA 18034-0219
                        Telephone (610) 797-9000
                        Telefax (610) 797-6663


By:   */s/ Douglas J. Smillie*
                Attorney for Movant