UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Crystal P Clark

Debtor

Case No.: 17-10796
Adversary No.: ___
Chapter: 13
Judge: Magdeline D Coleman

**CHANGE OF ADDRESS**

**Creditor Name:**  Santander Bank, N.A.

Old Payment Address:

PO Box 16255

MC: 10-421-CP2

Reading, PA 19612

New Payment Address:

PO Box 847051

Boston, MA 02284-7051

Date:  10/15/2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Crystal P Clark

Debtor

Chapter #13  
Case No. 17-10796  
Honorable Magdeline D Coleman

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on October 15, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 15th day of October 2021.

*Melissa A. Epler*  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
450 Penn Street  
Reading, PA 19602  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL  
Crystal P Clark  
26 Viewpoint Ln  
Levittown, PA 19054

VIA ECF  
Kenneth E West  
1234 Market St Ste 1813  
Philadelphia, PA 19107

Tova Weiss  
weiss@lawyersbw.com