Certificate Number: 15111-PAE-DE-036435156

Bankruptcy Case Number: 17-10796



15111-PAE-DE-036435156

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 29, 2022, at 3:27 o'clock PM EDT, Crystal Clark completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 29, 2022

By: /s/Hasan Bilal for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education