UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

:

IN RE:CRYSTAL P. CLARK

:       Bankruptcy case 17-10796 MDC

(Debtors)

:       Chapter 13

**PRAECIPE TO WITHDRAW
DOCUMENTS**

To the Clerk of Court:           :

Please withdraw Trustee'S NOTICE OF FINAL CURE
DOCKET ENTRY #109 & 110

Respectfully submitted,

**/s/KENNETH  E WEST TRUSTEE**
Chapter 13 Standing Trustee

Date:5/5/2022