United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                          Case No. 17-10796-mdc

Crystal P. Clark              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2               User: admin               Page 1 of 3

Date Rcvd: Jul 27, 2022            Form ID: 138OBJ            Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal P. Clark, 26 Viewpoint Lane, Levittown, PA 19054-1304 |
| 13861847 | | Barnes & Noble Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 13861850 | | Discover Card, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 13861852 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster & Garbus LLP, 60 Motor Parkway, Commack, NY 11725-5710 |
| 13861856 | | JJill Credit Card, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 13861862 | | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 13875358 | + | Santander Bank, N.A., c/o Thomas A. Capehart, Gross McGinley LLP, 33 South Seventh Street, Allentown, PA 18101-2418 |
| 13876754 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 27 2022 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2022 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13861844 | | Email/Text: bnc@alltran.com | Jul 27 2022 23:49:00 | Altran Financial, LP, P.O. Box 722910, Houston, TX 77272-2910 |
| 13861845 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:47:31 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 13891250 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:47:35 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13900007 | | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2022 23:47:34 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13861848 | | Email/Text: cms-bk@cms-collect.com | Jul 27 2022 23:49:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 13861849 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2022 23:49:00 | Comenity Capital Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 13861858 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:58:19 | Macy's, P.O. Box 78008, Phoenix, AZ 85062-8008 |
| 13861859 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:58:19 | Macy's American Express Account, P.O. Box 9001108, Louisville, KY 40290-1108 |
| 13924071 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2022 23:49:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: 138OBJ | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 13924070 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2022 23:49:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13864289 | | Email/Text: mrdiscen@discover.com | Jul 27 2022 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13866035 | + | Email/Text: dplbk@discover.com | Jul 27 2022 23:49:00 | Discover Personal Loans, PO BOX 30954, Salt Lake City, UT 84130-0954 |
| 13861851 | | Email/Text: dplbk@discover.com | Jul 27 2022 23:49:00 | Discover Personal Loans, P.O. Box 6105, Carol Stream, IL 60197-6105 |
| 13895455 | + | Email/Text: DSLBKYPRO@discover.com | Jul 27 2022 23:49:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 13861853 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:47:31 | Gap Visa/Synchrony Bank, P.O. Box 960017, Orlando, FL 32896-0017 |
| 14409837 | | Email/Text: mtgbk@shellpointmtg.com | Jul 27 2022 23:49:00 | Goldman Sachs Mortgage Company, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13861843 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jul 27 2022 23:49:00 | Great Lakes Student Loans, P.O. Box 7860, Madison, WI 53707-7860 |
| 13861854 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:57:50 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 13861855 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2022 23:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13861857 | | Email/Text: camanagement@mtb.com | Jul 27 2022 23:49:00 | M&T Bank, P.O. Box 64679, Baltimore, MD 21264 |
| 13882529 | + | Email/Text: camanagement@mtb.com | Jul 27 2022 23:49:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 13905567 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2022 23:49:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13929434 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2022 23:49:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., P.O. Box 619096, Dallas, TX 75261-9741 |
| 13861860 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2022 23:49:00 | Nationstar Mortgage, P.O. Box 60516, City of Industry, CA 91716-0516 |
| 13928796 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2022 23:47:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13882492 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2022 23:49:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14680514 | + | Email/Text: DeftBkr@santander.us | Jul 27 2022 23:49:00 | Santander Bank, N.A., 450 Penn St, MC: PA450FB1, Reading, PA 19602-1011 |
| 13897660 | + | Email/Text: bncmail@w-legal.com | Jul 27 2022 23:49:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13861863 | + | Email/Text: bncmail@w-legal.com | Jul 27 2022 23:49:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 13861864 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 27 2022 23:49:00 | U.S. Bank, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 13930496 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 27 2022 23:49:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |

TOTAL: 33

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 27, 2022 | Form ID: 138OBJ | Total Noticed: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13861846 | | Barclays Bank Delaware |
| 13861861 | ## | Nationwide Credit, Inc., P.O. Box 26314, Lehigh Valley, PA 18002-6314 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2022                Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DOUGLAS J. SMILLIE | on behalf of Creditor M&T Bank dsmillie@flblaw.com ccharlton@flblaw.com |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor c/o Thomas Capehart Santander Bank N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| TOVA WEISS | on behalf of Debtor Crystal P. Clark weiss@lawyersbw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Crystal P. Clark

        Debtor(s)                      Case No: 17−10796−mdc

                                                   Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                                          900 Market Street
                                              Suite 400
                                     Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/27/22

                                                                                  116 − 104
                                                                    Form 138OBJ